JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC HARRIS,<br><br>    Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | CASE NO. 2:19-cv-06653-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: August 16, 2022

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE